**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
ISTRICT OF MARYLAND

2008 MAY 16  P 4: 04

UNITED STATES OF AMERICA                 *

                 v.                                 *

THOMAS WILLIAMS                          *
# 34655-037

                            *

Criminal No.  WDQ-02-426

K'S OFFICE
AT BALTIMORE

_____DEPUTY

          \* \* \* \* \* \* \*

**O R D E R**

Pending is a paper filed by Thomas Williams, proceeding pro se, requesting a reduction of

sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing

Guidelines related to cocaine base ("crack") offenses.  The paper shall be construed as a motion for

reduction of sentence pursuant to 18 U.S.C. §3582(c).  Upon review of the paper,  it is  this _____

day of _____, 2008, hereby ordered by the United States District Court for the District of

Maryland that:

1.     The paper IS CONSTRUED as a motion pursuant to 18 U.S.C. §3582(c);

2.     The Clerk SHALL PROVIDE a copy of this order and the 18 U.S.C. §3582(c) motion to:  the Federal Public Defender for the District of Maryland; the United States Attorney for the District of Maryland; and the United States Probation Office;

3.     The Federal Public Defender for the District of Maryland is appointed to PRELIMINARILY REVIEW the motion and PROVIDE a status report within ninety days; and

4.     The Clerk SHALL SEND a copy of this order to defendant.

                                    _____
                                    William D. Quarles, Jr.
                                    United States District Judge