IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | | Criminal No. WDQ 02-0426 |
| v. | * | |
| | | |
| THOMAS WILLIAMS | * | |
| #34655-037 | | |
| | * | |

\* \* \* \* \* \* \*

# ORDER

Pursuant to court order appointing counsel to preliminarily review defendant's eligibility for a sentence reduction under 18 U.S.C. §3582(c)(2) based on Amendment No. 706 to the United States Sentencing Guidelines, counsel has filed a status report. After reviewing the status report, the information provided by the United States Probation Office, and any comment submitted by the government, this court agrees that the defendant is ineligible for a sentence reduction under Amendment No. 706.

Accordingly, it is this _9th_ day of July, 2008, hereby ordered by the United States District Court for the District of Maryland that:

1. The Motion for Reduction of Sentence IS DENIED; and

2. The Clerk SHALL SEND a copy of this order to counsel, the United States Probation Office, and the defendant.

William D. Quarles, Jr.
United States District Judge